UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 2:25-cr-00179-LEW |
| | ) | |
| GREGORY KELLY, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER OF TEMPORARY DETENTION

A Motion to Revoke Defendant's Bail was filed on November 17, 2025 (Motion, ECF No. 28). Defendant was arrested on the motion on November 20, 2025, and appeared before this Court for an initial appearance on the motion. Defendant requested a hearing on the motion. The Court will schedule the hearing for December 10, 2025 at 2:00p.m..

Accordingly, it is hereby

ORDERED that Defendant be, and hereby is, temporarily detained without bail pending the hearing on the motion to revoke bail.

/s/ Karen Frink Wolf
U.S. Magistrate Judge

Dated: November 20, 2025